# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Harry Colon<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE TRUST 2006-WL1<br>　　　　　　　　Moving Party<br>　　vs.| NO. 09-18815 ELF |
| Harry Colon<br>　　　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE TRUST 2006-WL1 FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

1. The moving Party is DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE TRUST 2006-WL1.

2. The Debtor is the owner of the premises 437 Maple Avenue, Coatesville, PA 19320, hereinafter referred to as the mortgaged premises.

3. William C. Miller Esq., is the Trustee appointed by the Court.

4. The moving party is the holder of a mortgage on the premises.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor.

6. The Debtor has failed to make the monthly post-petition mortgage payments in the amount of $932.58 for the months of December 2009 through January 2010 and $951.27 for the months of February 2010.

7. The total amount necessary to reinstate the loan post-petition is $2,816.43 (plus attorney's fees & costs).

8. Debtor is currently delinquent in plan payments to the Chapter 13 Trustee in the amount of $830.00.

9. The Moving Party is entitled to relief from stay for cause.

10. Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Movant may contact the Debtor(s) via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

11. The Moving Party hereby requests a waiver of Bankruptcy Rule 4001(a)(3).

12. This motion and the averments contained therein do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, the moving party prays that an Order be entered modifying the Stay and permitting the moving party to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises.  Further, the moving party prays that an Order be entered awarding the moving party the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

**/s/ Leslie E. Puida, Esquire**
Leslie E. Puida, Esquire
Ann Swartz, Esquire
Thomas I. Puleo, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322